IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALTON D. BROWN | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| U.S. DISTRICT COURT, EASTERN DISTRICT, et al. | : | NO. 13-7229 |
| | : | |

## ORDER

AND NOW, this 25th day of March, 2014, IT IS HEREBY ORDERED that:

1. The motion to proceed *in forma pauperis* (Dkt. 1) is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the accompanying memorandum.

2. Plaintiff may reinstate this case by remitting the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. Plaintiff's motions for a temporary restraining order and preliminary injunction (Dkts. 1, 3) are DENIED without prejudice to his refiling those motions in the event he pays the applicable fees to commence this case.

4. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.